IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| **SHAVICKA KING, f/k/a** | ) | |
| **SHAVICKA YATES,** | ) | CIVIL ACTION |
| | ) | FILE NO. |
|    **Plaintiff,** | ) | |
| | ) | 7:14-cv-00196-HL |
| v. | ) | |
| | ) | |
| **PERFORMANT RECOVERY, INC.,** | ) | |
| | ) | |
|    **Defendant.** | ) | |

## NOTICE OF SETTLEMENT

COME NOW, Plaintiff, Shavicka King, and Defendant, Performant Recovery, Inc., by and through their undersigned counsel and hereby inform the Court that a settlement of the present matter has been reached and that the parties are in the process of finalizing settlement, which they anticipate will be completed within the next 30 days.

Plaintiff and Defendant, therefore, request that this honorable Court vacate all dates currently set on the calendar for the present matter.

Respectfully submitted,

This 27th day of January, 2015.

| THE LAW OFFICE OF<br>CRAIG J. EHRLICH, LLC | BEDARD LAW GROUP, P.C. |
|---|---|
| /s/ Craig J. Ehrlich<br>Craig J. Ehrlich<br>Georgia Bar No. 242240<br>2300 Henderson Mill Road<br>Suite 300<br>Atlanta, Georgia<br>Telephone: (404) 365-4460<br>craig@ehrlichlawoffice.com | /s/ Michael K. Chapman<br>Michael K. Chapman<br>Georgia Bar No. 322145<br>2810 Peachtree Industrial Blvd.<br>Suite D<br>Duluth, Georgia 30097<br>Telephone: (678) 253-1871<br>mchapman@bedardlawgroup.com |
| Counsel for Plaintiff,<br>Shavicka King f/k/a Shavicka Yates | Counsel for Defendant,<br>Performant Recovery, Inc. |