IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| SHAVICKA KING, f/k/a SHAVICKA YATES, ) ) ) Plaintiff, ) ) v. ) ) PERFORMANT RECOVERY, INC., ) ) Defendant. ) | CIVIL ACTION FILE NO. 7:14-cv-00196-HL |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties to the above captioned action, through their respective attorneys, hereby stipulate and agree that the aforesaid action be dismissed with prejudice without fees or costs to either party.

Respectfully submitted on February 8, 2015.

/s/ Craig J. Ehrlich
Craig J. Ehrlich
Counsel for Plaintiff
Georgia Bar No. 242240
The Law Office of Craig J. Ehrlich, LLC
2300 Henderson Mill Road, Ste. 300
Atlanta, Georgia 30345
404-365-4460
craig@ehrlichlawoffice.com

/s/ Michael K. Chapman
Michael K. Chapman
Counsel for Defendant
Georgia Bar No. 322145
Bedard Law Group, P.C.
2810-D Peachtree Industrial Blvd.
Duluth, Georgia 30097
678-253-1871
mchapman@bedardlawgroup.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2015, I electronically filed the foregoing Stipulation for Dismissal with the Clerk of District Court, Middle District of Georgia using the Court's CM/ECF system, resulting in notice automatically being sent to:

Michael K. Chapman
John H. Bedard, Jr.
Bedard Law Group, P.C.
2810-D Peachtree Industrial Blvd.
Duluth, Georgia 30097
mchapman@bedardlawgroup.com
jbedard@bedardlawgroup.com

                                                    s/ Craig J. Ehrlich
                                                    Craig J. Ehrlich
                                                    Georgia Bar No. 242240